UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MASON AMOS, etc., *et al.,* ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1304-RCJ-RJJ |
| ) | |
| vs. ) | |
| ) | |
| MAKITA U.S.A., INC., etc., *et al*., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Motion For Sanctions Barring Makita From Using Its Expert Disclosure and It's "Rebuttal" Expert From Testifying on Its Behalf (#23) and Defendant Makita U.S.A. Inc.'s Counter-Motion to Strike Plaintiff's Inadequate Expert Disclosure (#29).

The Court having reviewed these motions and the oppositions and replies thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before August 30, 2010, the parties shall file a joint statement advising the Court as to what issues, if any, remain regarding said Motions (#23 and #29).

DATED this 19th day of August, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge